1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

7

8

9

10

11

JENNIFER G. WINGO,

                                        Plaintiff,

         v.

MICHAEL J. ASTRUE. Commissioner of
Social Security,

                                        Defendant.

Case No. 3:12-cv-05582-KLS

ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED *IN FORMA
PAUPERIS*

12

13

14

        Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED.  Plaintiff

does not appear to have funds available to afford the $350.00 Court filing fee.

15

        DATED this 13th day of July, 2012.

16

17

18

19

20

21

22

23

24

25

26

_____
Karen L. Strombom
United States Magistrate Judge

ORDER - 1