UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JENNIFER G. WINGO,

                Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

                Defendant.

CASE NO. C12-5582 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 21. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Defendant's decision is **REVERSED**; and

    (3)    This action is **REMANDED** for further administrative proceedings in accordance with the findings contained in the R&R.

Dated this 18th day November, 2013.

                                    BENJAMIN H. SETTLE
                                    United States District Judge